COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Juan Enriquez v. Ahmed A. Morsy M.D.

Appellate case number:     01-22-00622-CV

Trial court case number:    18-CV-0884

Trial court:                 10th District Court of Galveston County

       Appellant, Juan Enriquez, has filed an Unsworn Declaration of Inability to Pay in this Court. The application was not completed on the proper form and did not supply the information required by the Texas Supreme Court to obtain indigency status. If appellant claims an inability to afford payment of filing fees and other fees assessed by the appellate court, the attached Statement of Inability to Afford Costs must also be completed and filed in this Court. *See* Tex. R. App. P. 20.1(a), (c), comment.

       It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                           Acting individually

Date: <u>September 27, 2022</u>